UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x   CIV-07-3899 (DLI)(CLP)
U2 HOME ENTERTAINMENT, INC.,

        Plaintiff,

vs.

"JOHN DOES" I THROUGH V DOING BUSINESS
AS "MING JA AUDIO"

        Defendants.
- - - - - - - - - - - - - - - - - - - -x



## ORDER UNSEALING COURT FILE

WHEREAS, by Order of the Court dated September 21, 2007, the file of this case was to be sealed pending the execution of the Order of Seizure; and

WHEREAS, the Court having been advised by plaintiff's counsel that on October 2, 2007, the Order of Seizure was executed, it is hereby

ORDERED, that the file of this case is unsealed.

Dated: Brooklyn, New York
       October 19, 2007

                            s/Dora Irizarry
                            _____
                            Dora L. Irizarry
                            United States District Judge